**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:14-cv-352 (LEAD CASE) |
| ARCHOS, INC., | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| LONG CORNER CONSUMER ELECTRONICS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:14-cv-354 (CONSOLIDATED CASE) |
| DPI, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Long Corner Consumer Electronics LLC and Defendant DPI, Inc. (Case No. 2:14-cv-352 Dkt. No. 102). The Motion is GRANTED. The Court ORDERS that all claims asserted by Long Corner against DPI are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

It is so ORDERED.

SIGNED this 17th day of December, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE